UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JEREMY R. ALEXANDER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:17-cv-00010 |
| | ) JUDGE CRENSHAW |
| AMIP MANAGEMENT LLC; FCI LENDER SERVICES, INC.; and RESIDENTIAL CREDIT OPPORTUNITIES TRUST III LLC, | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 24). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE